**Motion Granted and Order filed March 26, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00632-CV
_____

**NATIONWIDE COIN AND BULLION RESERVE, INC., TURNER M. JONES, LAWRENCE KUYKENDALL, LARRY ANDREWS, DONALD FOGO AND MELINDA JONES, Appellants**

**V.**

**JUNE THOMAS, Appellee**

_____

NO. 14-19-00633-CV
_____

**NATIONWIDE COIN AND BULLION RESERVE, INC., Appellant**

**V.**

**JUNE THOMAS, Appellee**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2018-89093**

# ORDER

Appellants have filed an unopposed motion to consolidate these two appeals. The court grants the motion and orders as follows:

1. Each appeal will remain open.

2. Any document meant to be filed in both appeals must bear both appeal numbers.

3. The appeals will be submitted to and considered by the same panel.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Hassan.